AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN       DISTRICT OF       CALIFORNIA

UNITED STATES OF AMERICA

v.

ANTONIO FIGUEROA-MARTINEZ

**APPEARANCE**

Case Number: 07MJ2494

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANTONIO FIGUEROA-MARTINEZ

I certify that I am admitted to practice in this court. PRO HAC VICE.

10/30/2007
Date

/s/ LINDA LOPEZ
Signature

Linda Lopez/ Federal Defenders of SD           177301
Print Name                                     Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City           State           Zip Code

(619) 234-8467           (619) 687-2666
Phone Number              Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 30, 2007                                            /s/ Linda Lopez
                                                                   LINDA LOPEZ
                                                                   Federal Defenders of San Diego, Inc.
                                                                   225 Broadway, Suite 900
                                                                   San Diego, CA 92101-5030
                                                                   (619) 234-8467  (tel)
                                                                   (619) 687-2666  (fax)
                                                                   e-mail: Linda_Lopez@fd.org