AO 455 (Rev. 5/85)  Waiver of Indictment

FILED

NOV 2 7 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ANOTNIO CATARINO FIGUEROA-MARTINEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: ___07cR 3147-JLS___

I, ANOTNIO CATARINO FIGUEROA-MARTINEZ, the above-named defendant, who is accused of committing the following offenses:

Count 1:    Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Count 2:    Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ___11|27|07___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before ___U McElwinne Jr.___
Judicial Officer