AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
       Plaintiff,

  v.

ANTONIO FIGUEROA-MARTINEZ,
       Defendant.

**APPEARANCE**

Case Number: 07CR3147-JLS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANTONIO FIGUEROA-MARTINEZ
I am replacing LINDA LOPEZ on this case.

I certify that I am admitted to practice in this court.

| 1/23/2008 | /s/ SHAFFY MOEEL |
|---|---|
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD     238732 |
| | Print Name     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City     State     Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number     Fax Number |

## **CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 23, 2008                                      /s/ *Shaffy Moeel*
                                                                                   SHAFFY MOEEL
                                                                                   Federal Defenders of San Diego, Inc.
                                                                                   225 Broadway, Suite 900
                                                                                   San Diego, CA 92101-5030
                                                                                   (619) 234-8467 (tel)
                                                                                   (619) 687-2666 (fax)
                                                                                   e-mail: Shaffy_Moeel@fd.org