1  **SHAFFY MOEEL**
   California State Bar No. 238732
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4  shaffy_moeel@fd.org

5  Attorneys for Mr. Figueroa-Martinez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE JANIS L. SAMMARTINO)**

11 UNITED STATES OF AMERICA,        )   CASE NO. 07CR3147-JLS
                                    )
12               Plaintiff,         )
                                    )   JOINT MOTION TO CONTINUE
13 v.                               )   HEARING
                                    )
14 **ANTONIO FIGUEROA-MARTINEZ**,   )
                                    )
15               Defendant.         )
                                    )
16

17     Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel,

18 and Federal Defenders of San Diego, counsel for Mr. Figueroa-Martinez, along with Assistant United States

19 Attorney Fred Sheppard, that the sentencing hearing in the above-mentioned case should be continued from

20 March 7, 2008 at 9:00 a.m. until April 18, 2007 at 9:00 a.m.

21     **SO STIPULATED.**

22

23 Dated: March 5, 2008              */s/ Shaffy Moeel*
                                     SHAFFY MOEEL
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Mr. Figueroa-Martinez
25

26 Dated: March 5, 2008              */s/ Fred Sheppard*
                                     FRED SHEPPARD
27                                   Assistant United States Attorney

28

07CR3147

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Fred A. Sheppard**
fred.sheppard@usdoj.gov,efile.dkt.gc1@usdoj.gov

**Gerard Jeffrey Wasson**
gerard.wasson@sbcglobal.net

**NANCY De ESTRADA**
United States Probation Officer via email

Dated: March 5, 2008         /s/ Shaffy Moeel
                             SHAFFY MOEEL
                             Federal Defenders of San Diego, Inc.
                             225 Broadway, Suite 900
                             San Diego, CA 92101-5030
                             (619) 234-8467  (tel)
                             (619) 687-2666  (fax)
                             e-mail: Shaffy_Moeel@fd.org

07CR3147