UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3147-JLS |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE SENTENCING HEARING |
| ANTONIO FIGUEROA-MARTINEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for Mr. Figueroa-Martinez, who is in custody, be continued from March 7, 2008 at 9:00 a.m. until April 18, 2008 at 9:00 a.m. as stipulated and agreed upon by all parties.

**SO ORDERED.**

DATED: March 6, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge