**SHAFFY MOEEL**
California State Bar No. 238732
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467
shaffy_moeel@fd.org

Attorneys for Mr. Figueroa-Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3147-JLS |
| Plaintiff, | ) ) ) | JOINT STIPULATION |
| v. | ) ) | |
| **ANTONIO FIGUEROA-MARTINEZ**, | ) ) | |
| Defendant. | ) ) | |

    Mr. Figueroa-Martinez and the government stipulate that the sentence pronounced on May 22, 2008 at 1:30 p.m. will run concurrent for both counts 1 and 2, as will the term of supervised release. The government will waive the $100 fee for count 2.

    **SO STIPULATED.**

Dated: May 22, 2008                   */s/ Shaffy Moeel*
                                              SHAFFY MOEEL
                                              Federal Defenders of San Diego, Inc.
                                              Attorneys for Mr. Figueroa-Martinez

Dated: May 22, 2008                   */s/ Fred Sheppard*
                                              FRED SHEPPARD
                                              Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Fred A. Sheppard**
fred.sheppard@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: May 22, 2008                     /s/ Shaffy Moeel
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org

07CR3147