Add<u>ress</u>
_____
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA.

FILED
JUL 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | ) | Case No. **07CR3147-JLS** |
| PLAINTIFF, | ) | |
| | ) | MOTION FOR TIME REDUCTION BY |
| v. | ) | AN INMATE IN FEDERAL CUSTODY. |
| **Antonio Figueroa Martinez** | ) | ( 28 U.S.C. § 2255 ). |
| DEFENDANT. | ) | |

COMES NOW, The Defendant, **Antonio Figueroa Martinez**, in Pro-se, Respectfully requesting this Honorable Court, a time reduction on grounds of the following issues; Memorandum of Points and Authorities establish this motion factual basis.

1. Defendant is presently incarcerated at C.C.A./F.C.C. Florence, Arizona, 85232. And soon to be transferred to B.O.P..

2. Defendant plead guilty to **51 Months for Conspiracy**

3. The defendant was sentenced to **51** months.

   The defendant is seeking relief to the following;

### POINTS AND AUTHORITIES

1. Equal rights Protection; I, VI, VII and XIV Amendments. A person should not be discriminated regardless of race, religion, color or nationality. etc.

2. A, U.S.A. citizen is entitled to 1 (one) year reduction of sentence through a drug program during his incarceration.

### PETITION FOR COMMUTATION OF SENTENCE
Print or Type Legibly

Relief Sought. (Check one)
[✓] Reduction of Prison Sentence Only    [ ] Reduciton of Prison Sentence and remisson of Fine.
[ ] Remission of Fine Only              [ ] Other._____

TO THE DISTRCIT COURT FOR DISTRICT COURT OF ARIZONA.
TO THE PRESIDENT OF THE UNITED STATES:

Reg. No. 05730-0530-5298 Confined: FLORENCE CORRECTIONAL DETENTION CENTER., In seeking a commutation of sentence, states that he was born on 8-16-68, and has Social Security No. _____ (If not a United States Citizen, indicate Country of Citizenship: Tijuana Mexico

Petitioner was convicted on a Plea of 51 months in the United States District Court of SAN DIEGO CALIFORNIA Doc.No. 1 of the crime of: CONPIRACY

Involving the following circumstances: N/A

and was sentenced on 5/23/08 to imprisonment for 51 MONTHS and/or pay a [ ] Fine [✓] restitution of $ N/A and/or probation for 5 YEARS [ ]fine [ ] restitution [ ] has [✓] has not been paid. the balance owed is $ N/A.

Petitioner began the service of his time on 10-17-07, he will be released from confinement on June of 2011 and his application for parole was [ ]granted [ ]denied. [✓] One has not been submitted, for the fact that illegal aliens do not qualify for parole early release dates.

**Complete the following paragraph.**
Judgement was affirmed on 5-23-08. A petition for a Writ of Certiorari [ ] was [✓] was not; sought from the Suprem Court. and [ ]granted [ ] Denied on _____. Petitioner [ ] did [ ]did not Challenge his conviction or sentence under 28 U.S.C. 2255. (Provide citations to court opinions, if known. N/A

Petitioner's criminal record, other than the instant offense, is as follows. N/A

Petitioner respectfully prays that he be granted clemency for the following reasons. I have 3 children & wife and are in Mexico and

depend on MY support very much. I Hope you consider this petition and I am Able to Return To My family sooner. GOD Bless you and THank you.

The statements contained herein are true to the best of my knowledge and belief, and I understand that any misstatements of material fact contained herein may subject me to criminal prosecution and/or casue adverse action on my petition for executive Clemency.

Respectfully Submitted this  9TH  day of July 2008.

_____
Signature of Petitioner.

Subscribed and Sworn before me on this  9TH  day of July 2008

Pulbic Notary; _____

Comm. Expires Date _____

"OFFICIAL SEAL"
Robert Gastelum
Notary Public-Arizona
Pinal County
My Commission Expires 4/9/2011

# ESCUELA PRIMARIA FEDERAL
# "GRAL. FELIPE ANGELES"
### CLAVE: 02DPRO472K

**ASUNTO:** Se informa

A quien corresponda:

La que suscribe, Directora de la escuela "Gral. Felipe Ángeles" ubicada en el Cañón del Pato s/n Col. Manuel Paredes 1, por éste conducto hago constar que el **C. Antonio Katarino Figueroa Martínez,** es el tutor de los niños:

1. Susana Berenice Lares Morales.
2. Noemí Lares Morales.
3. Martín Asael Lares Morales.

Haciéndose cargo totalmente de su manutención y su educación, así como de darles la figura paterna que los niños necesitan para su desarrollo integral.

Lo que hago de su conocimiento para los fines legales que convengan.

**ATENTAMENTE**
La directora de la escuela

PROFRA. MA. CUCA GPE. CORTEZ BARRIOS

C. C. ARCHIVO DE LA ESCUELA



en corresponder

13/Feb/2008

Ocupo la ayuda
de mi papá y
su apoyo grasias
Susana Berenice Lares Morales
Haorita curso el
año 5 B Lo extraño mucho
El me ayuda en mi tarea.

Necesito a mi papá
a mi lado y su apoyo
Gracias. Noemi lares Morales.
Haorita Curso el
año 5 A. Lo extraño mucho
El me ayuda en mi tarea.

extraño mucho
ami papá. Martin
asael lares morales.
Haorita curso el
año 3B

Tijuana Baja California a 15 de Febrero del 2008.

A quien corresponda:

Por medio de la presente me dirijo a usted respetuosamente... yo María del Carmen Morales Gonzalez ago constar en esta carta que el señor Antonio Catarino Figeroa Martinez es una persona confiable, honesto, responsable. El esta enfermo de diabetez, colesterol y presión alta., ya que he convivido con el durante 8 ocho años como mi pareja. iTambien a convivido con mis hijos. Susana Berenice Larez Morales de 14 años, Noemi Larez Morales de 13 años y Martín Asael Larez Morales de 9 años. Ayudandolos en su lento aprendisaje a los niños. Siempre se hizo cargo de los gastos: alimentacion, educacion, bestuario, medico, renta, recibos ext...
Desde que lo conosco es taxista el tiene 20 veinte años trabajando en el taxi. Estamos comprometidos para casarnos

Sin mas por el momento quedo a sus apreseables ordenes para cualquier aclaracion.

María del Carmen Morales Gonzalez.

Calle Art 123 Col. Fracc
Chihuahua. Num # 6502
Codigo postal 22167
Tel 6-36-82-07.

11

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Antonio Figueroa-Martinez

**DEFENDANTS**
United States of America

FILED
JUL 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Antonio Figueroa-Martinez
PO Box 6900
Florence, AZ 85232
05305-298

**ATTORNEYS (IF KNOWN)**
U.S. Attorney

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 28 U.S.C. 2255

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☒ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
**DEMAND $**
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE                                Docket Number

DATE   7/14/2008

~~SIGNATURE OF ATTORNEY OF RECORD~~
*R. Miller* (signature)